**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| IN RE: Narinder S Jandaur ) | CASE NO. 14-14552-KHK |
| Surinder K Jandaur ) | |
| ) | CHAPTER 13 BANKRUPTCY |
| DEBTORS ) | |
| ) | |

**NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Trustee files Notice that the amount required to cure the default in the below claim has been paid in full.

**Name of Creditor: Wilmington Savings Fund Society, FSB/Selene Finance**
**Trustee Claim No.: 003**

**Last four (4) digits of any number used to identify the Debtor's account: 4810**

**Mortgage Cure Amount:**

| | |
|---|---|
| Amount of Allowed Pre-Petition or other Arrearage: | $46,314.70 |
| Amount Paid By Trustee | $46,314.70 |

**Monthly Ongoing Mortgage Payment is Paid:**

\_\_\_ Through the Chapter 13 Trustee conduit       _X_ Direct by the Debtor

Within 21 days of the service of this Notice, the creditor must file and serve same on the Debtor, Debtor's counsel and the Trustee, pursuant to Federal Bankruptcy Rule 3002.1(g), a Statement indicating whether it agrees that the Debtor has paid in full the amount required to cure the default and whether, consistent with Federal Bankruptcy Code Section 1322(b)(5), the Debtor is otherwise current on all the payments, or be subject to further action of the Court including possible sanctions.

Dated:  June 13, 2019                    Respectfully Submitted:

/s/ Thomas P. Gorman
Standing Chapter 13 Trustee

**CERTIFICATE OF SERVICE**

       I hereby certify that on June 13, 2019, service of a true and complete copy of the above and foregoing pleading or paper was made upon the following by electronic service

Scott Alan Weible, Esquire
Attorney for Debtor
Weible Law Firm
1846 E. Innovation Park Drive
Oro Valley, AZ 85755


Glasser and Glasser, P.L.C.
Attorney for Wilmington Savings Fund/Selene Finance
Attn: Robyn Danielle Pepin, Esq.
Crown Center, Suite 600
580 E. Main Street
Norfolk, VA 23510


and upon the following by depositing the same in the United States mail, envelopes properly addressed to each of them and with sufficient first-class postage affixed.

Narinder S Jandaur
Surinder K Jandaur
Chapter 13 Debtors
5512 Altenbury Loop
Gainesville, VA 20155

Selene Finance LP
9990 Richmond Ave, Ste 400 South
Houston, TX 77042


   /s/   Thomas P. Gorman
Thomas P. Gorman, Chapter 13 Trustee